**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF PENNSYLVANIA
WILLIAM J. NEALON FEDERAL BLDG. & U.S. COURTHOUSE
235 N. WASHINGTON AVE., P.O. BOX 856
SCRANTON, PA 18501-0856
Chambers_of_Judge_Edwin_M._Kosik@pamd.uscourts.gov

EDWIN M. KOSIK
JUDGE

TEL. (570) 207-5730
FAX (570) 207-5739

February 1, 2008

Alice Williams
Reg. No. 19157-016
Alderson Federal Prison Camp
PO Box A, Range Unit 373
Alderson, WV 24910

*Re:   United States v. Alice Williams*
*MDPA; Criminal No. 3:CR-06-277 and 3:CR-06-185*

Dear Ms. Williams:

I have your letter of January 17th regarding a potential benefit you may be receiving as a result of changes in sentences dealing with crack cocaine.

The retroactive aspects of this matter do not commence until March 3, 2008. As a result, you could not receive any benefit before that date.

Procedures to accomplish the changes are being considered. When completed, we assure you that appropriate credit will be given, if deserved. Stay tuned.

Sincerely,

*s/Edwin M. Kosik*
United States District Judge

EMK:mb